99-00316 Bigley v Hawkins.wpd



 No. 04-99-00316-CV


Michael J. BIGLEY and Small Hit Entertainment Co., Inc.,

Appellants

v.


John HAWKINS, Pearl Hawkins, and Traditional Construction Co.,

Appellees


From the County Court at Law No. 3, Bexar County, Texas

Trial Court No. 241,458

Honorable H. Paul Canales, Judge Presiding

PER CURIAM

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice

Delivered and Filed: October 6, 1999


APPEAL DISMISSED FOR WANT OF PROSECUTION

 Appellants' brief was due to be filed by July 27, 1999. Neither the brief nor a motion for
extension of time has been filed. On August 24, 1999, this court ordered appellants to show cause
in writing by September 8, 1999, why this appeal should not be dismissed for want of prosecution.


Appellants did not respond. The appeal is dismissed for want of prosecution. See Tex. R. App. P.
38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellants.

 PER CURIAMDO NOT PUBLISH